NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES THOMAS ENGLISH, aka King Semaj of The English Estate, as executor of JTE Living Revocable Trust,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2026-1442

---

Appeal from the United States Court of Federal Claims in No. 1:25-cv-01070-LAS, Senior Judge Loren A. Smith.

---

**O R D E R**

The appellant having failed to file the brief required by Federal Circuit Rule 31(d) within the time permitted by the rules, it is

2                                              ENGLISH v. US

     ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

June 2, 2026
Date

Jarrett B. Perlow
Clerk of Court